## UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as the Secretary of the Army; DANIEL R. HOKANSON, in his official capacity as Chief of the National Guard Bureau; JON A. JENSON, in his official capacity as Director of the Army National Guard; GARY M. BRITO, in his official capacity as Deputy Chief of Staff, G-1 of the United States Army; GREGORY NIGHT, in his official capacity as Adjutant General of the Vermont National Guard; the UNITED STATES NATIONAL GUARD BUREAU; the UNITED STATES ARMY NATIONAL GUARD; the UNITED STATES DEPARTMENT OF DEFENSE; and the VERMONT NATIONAL GUARD,<br><br>    Defendants. | Civil Action No.: 22-CV-00096-CR |

## **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

Plaintiff, John Doe, by and through counsel, moves pursuant to Rule 65 of the Federal Rules of Civil Procedure and respectfully requests that the Court enter a preliminary injunction prohibiting Defendants from continuing to deprive him of the right to participate in Reserve Officers' Training Corps ("ROTC") and in the Vermont Army National Guard ("Vermont ARNG") in violation of the Equal Protection Act of the Fifth and Fourteenth Amendments and the Administrative Procedure Act.

1

In further support of this motion, Plaintiff submits the accompanying Memorandum of Law and the exhibits attached thereto, including **Exhibit 1** (U.S. Army - ROTC FAQ), **Exhibit 2** (Declaration of John Doe with Exhibits A-D), **Exhibit 3** (Declaration of Attorney Sophia Hall with Exhibit A-B), **Exhibit 4** (Declaration of Doctor Ann Neilan with Exhibits A-B), **Exhibit 5** (Declaration of Doctor Kenneth Mayer with Exhibit A), **Exhibit 6** (Declaration of Doctor Gregg S. Gonsalves with Exhibit A), **Exhibit 7** (Declaration of Doctor Trevor Hoppe with Exhibit A), and **Exhibit 8** (Declaration of Attorney Christopher Queenin with Exhibits A-G).

Pursuant to L.R. 7(a)(7), Plaintiff consulted with counsel for Defendants in a good faith attempt to obtain Defendants' agreement to the requested relief, but the parties were unable to reach agreement on the requested relief.

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter a preliminary injunction ordering Defendants to allow Plaintiff's full participation in the Vermont ARNG and ROTC program pending resolution on the merits;

B. Hold a hearing on this Motion to allow the parties to provide more context regarding the issues and the balance of harm at stake in this matter; and

C. Grant any other relief as is just and fair.

Dated: 6/29/2022                                    Respectfully submitted,

**JOHN DOE,**

By his attorneys,

*/s/ Kierstan E. Schultz*
Kierstan E. Schultz, Esq.
NIXON PEABODY LLP
900 Elm Street, 14th Floor
Manchester, NH  03101
Tel.: 603-628-4031
kschultz@nixonpeabody.com

Christopher E. Queenin, Esq. (*pro hac vice*)
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: 617-345-1000
cqueenin@nixonpeabody.com

Sophia L. Hall, Esq. (*pro hac vice*)
Oren Sellstrom, Esq. (*pro hac vice)*
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, 5th Floor
Boston, MA 02110
Tel: 617-984-0274
shall@lawyersforcivilrights.org
osellstrom@lawyersforcivilrights.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that the forgoing document was served on all parties and counsel of record.

                             */s/ Kierstan E. Schultz*
                             Kierstan E. Schultz