UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 JUL -1  AM 9:02

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| JOHN DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LLOYD AUSTIN, et al )<br>)<br>Defendants. )<br>) | Civil Action No.: 22-CV-00096-CR |

## SEALING ORDER ON CR
## PLAINTIFF'S UNOPPOSED MOTION TO SEAL PERSONALLY IDENTIFYING INFORMATION IN EXHIBITS SUBMITTED IN SUPPORT OF HIS MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

Upon review of Plaintiff's Unopposed Motion to Seal Personally Identifying Information In Exhibits Submitted In Support Of His Motion For Preliminary Injunctive Relief, Plaintiff's Motion is GRANTED.

The references to John Doe's personally identifying information including names, addresses, and contact information contained within **Exhibit 2** (Declaration of John Doe, plus exhibits thereto); **Exhibit 3** (Declaration of Attorney Sophia Hall, Esq., plus exhibits thereto); **Exhibit 4** (to the Declaration of Doctor Anne Neilan, M.D., M.P.H., plus exhibits thereto); and **Exhibit 7** (Declaration of Trevor Hoppe, M.P.H., Ph.D., plus exhibits thereto) will remain redacted. The public shall have access to the remainder of the filing and has no articulable interest in the identity of John Doe at this stage of the case. CR

SO ORDERED

Dated: 6/30/22

Christina Reiss, U.S. District Court Judge

1