IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| JOHN DOE,<br><br>  Plaintiff,<br><br>v.<br><br>LLOYD AUSTIN, in his official capacity as Secretary of Defense, *et al.*,<br><br>  Defendants. | No. 22-CV-00096-CR |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B), Plaintiff John Doe, and Defendants Lloyd Austin, Christine Wormuth, Daniel R. Hokanson, Jon A. Jensen, Gary M. Brito, the United States National Guard Bureau, the United States Army National Guard, and the United States Department of Defense, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice. In accordance with the Settlement Agreement previously executed between the parties, each party shall bear its own costs. In light of the Plaintiff's dismissal of his claim, the parties request that the Clerk of Court now close this case.

Dated: December 8, 2022

PLAINTIFF,

By his attorneys,

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

ALEXANDER K. HAAS

1

<div style="display: flex;">

<div>

*/s/ Kierstan E. Schultz*
Kierstan E. Schultz, Esq.
NIXON PEABODY LLP
900 Elm Street, 14th Floor
Manchester, NH  03101
Tel.: 603-628-4031
kschultz@nixonpeabody.com

Christopher E. Queenin, Esq. (*pro hac vice*)
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: 617-345-1000
cqueenin@nixonpeabody.com

Sophia L. Hall, Esq. (*pro hac vice*)
Oren Sellstrom, Esq. (*pro hac vice)*
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, 5th Floor
Boston, MA 02110
Tel: 617-984-0274
shall@lawyersforcivilrights.org
osellstrom@lawyersforcivilrights.org
*Attorneys for Plaintiff John Doe*

</div>

<div>

Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director

*/s/ Joshua C. Abbuhl*
Kate Talmor, Esq.
Keri Berman, Esq.
Joshua C. Abbuhl, Esq.
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 616-8366
Joshua.Abbuhl@usdoj.gov
*Attorneys for the Federal Defendants*

</div>

</div>

2

4857-9484-0643.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December 2022 the foregoing document, which has been filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and all counsel who have represented that they are representing a party to this action.

<div style="text-align: right;">

*/s/ Kierstan E. Schultz*
Kierstan E. Schultz, Esq.

</div>